TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-95-00027-CV







Bill Munday Pontiac, Inc. d/b/a Bill Munday Hyundai, Appellant



v.



Motor Vehicle Board, Texas Department of Transportation; Lipshy Motor Cars, Inc.; and Hyundai Motor America, Appellees







DIRECT APPEAL PURSUANT TO TEXAS MOTOR VEHICLE COMMISSION CODE







PER CURIAM



 Appellant has filed a motion to dismiss this appeal. The motion is granted. Tex.
R. App. P. 59(a)(1)(B).

 The appeal is dismissed.


Before Chief Justice Carroll; Justices Aboussie and Jones

Dismissed on Appellant's Motion

Filed: July 12, 1995

Do Not Publish